## **VERIFIED RETURN OF SERVICE**

State of FL                                    County of Southern                                    District Court

Case Number: 2:23-cv-14379

Plaintiff:
AFFORDABLE AERIAL PHOTOGRAPHY, INC.

vs.

Defendant:
SYNC RFID INC

For:
DENISE SOSA
COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE
SUITE 301
CORAL SPRINGS,, FL 33065

Received by AccuServe on the 7th day of December, 2023 at 12:09 am to be served on SYNC RFID INC, 3340 SE Federal Highway Suite 251, Stuart, FL 34997.

I, Russell Walker, being duly sworn, depose and say that on the **8th day of December, 2023 at 2:15 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action** to: **LARRY**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **3340 SE Federal Highway, BOX 251, Stuart, FL 34997**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
12/10/2023  11:33 pm  ADDRESS IS A UPS STORE
OWNER IS LARRY

**Description of Person Served:** Age: 65, Sex: M, Race/Skin Color: CAU, Height: 6'0, Weight: 195, Hair: WHITE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2). Notary not required.

Subscribed and Sworn to before me on the 13th day of December 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Elizabeth A McIntyre-Williams
My Commission HH 403207
Expires 9/22/2027

Russell Walker
Process Server 16-01

AccuServe
383 SW Columbus Drive
Port St. Lucie, FL 34953
(772) 812-5246

Our Job Serial Number: ACR-2023000422