THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14379-KMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

SYNC RFID INC,

    Defendant.

_____

### NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

On February 14, 2024, the following individual was entered as a party in CM/ECF:

    Glenn J. Waldman, Esq. (Mediator)
    Gunster Law Firm
    450 East Las Olas Boulevard Suite 1400
    Fort Lauderdale, FL 33301
    Telephone: (954) 462-2000
    Email: gwaldman@gunster.com

Respectfully submitted on February 14, 2024.

    COPYCAT LEGAL PLLC
    3111 N. University Drive
    Suite 301
    Coral Springs, FL 33065
    Telephone: (877) 437-6228
    dan@copycatlegal.com

    *Attorneys for Plaintiff*

    By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza_____
Daniel DeSouza, Esq.