THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14379-KMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

SYNC RFID INC,

    Defendant.

## JOINT NOTICE OF SELECTION OF MEDIATOR

Plaintiff Affordable Aerial Photography, Inc., and defendant Sync RFID Inc, by and through their respective counsel and pursuant to applicable Federal Rules of Civil Procedure and this Court's Order of Referral to Mediation [D.E. 14], give notice that the parties have mutually selected the following mediator to mediate this action:

Glenn J. Waldman, Esq.
Waldman Law Firm, P.A.
450 E Las Olas Blvd.
14th Floor
Ft Lauderdale, FL 33316
gwaldman@waldmanlawfirm.com

Respectfully submitted on February 14, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorneys for Plaintiff* | KLEMA LAW, P.L.<br>PO Box 172381<br>Tampa, FL 33672<br>420 W. Kennedy Boulevard<br>Tampa, FL 33606<br>Tel.: (202) 713-5292<br>Email: Griffin@KlemaLaw.com<br><br>*Attorneys for Defendant* |

By: /s/ Daniel DeSouza_____  
    Daniel DeSouza, Esq.

By: /s Griffin Klema_____  
    Griffin Klema, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza_____  
Daniel DeSouza, Esq.