THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14379-KMM

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

SYNC RFID INC,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") and defendant Sync RFID, Inc. ("Defendant"), being all parties that have entered an appearance in this case, hereby give notice, pursuant to Local Rule 16.4, that the parties have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: September 13, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorney for Plaintiff*<br><br>By: /s/ Daniel DeSouza<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.: 19291<br>    Lauren Hausman, Esq.<br>    Florida Bar No.: 1035947 | KLEMA LAW, PL<br>PO Box 172381<br>Tampa, FL 33672<br>420 W. Kennedy Boulevard<br>Tampa, FL 33606<br>Telephone: (202) 713-5292<br>griffin@klemalaw.com<br>*Attorney for Defendant*<br><br>By:   /s/ Griffin Klema<br>    Griffin Klema, Esq.<br>    Florida Bar No.: 100279 |